```
United States Bankruptcy Court
Northern District of California
```

In re:                                                                  Case No. 16-51156-DM
Marta Mejia                                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5          User: nortiz          Page 1 of 1          Date Rcvd: Apr 20, 2016
                              Form ID: 309A         Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2016.
db             +Marta Mejia,    8245 Chimineas Avenue,    Reseda, CA 91335-1433
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
               (address filed with court:   State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
14314808       +Caliber Home Loans,    3701 Regent Boulevard,    Irving, TX 75063-2312
14314809       +Wes tern Dental,    PO Box 14228,    Orange, CA 92863-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BFHJELMESET.COM Apr 21 2016 01:18:00      Fred Hjelmeset,    P.O.Box 4188,
                Mountain View, CA 94040-0188
smg             EDI: EDD.COM Apr 21 2016 01:18:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Apr 21 2016 01:18:00      CA Franchise Tax Board,    Attn: Special Procedures,
                P.O. Box 2952,    Sacramento, CA 95812-2952
smg             EDI: IRS.COM Apr 21 2016 01:18:00      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
ust             E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Apr 21 2016 01:34:27
                Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
                San Jose, CA  95113-3004
14314806       +EDI: ACECASHXPRESS.COM Apr 21 2016 01:18:00      ACE Cash Express,    3401 E. Anaheim Street,
                Long Beach, CA 90804-4001
14314807       +EDI: CAPITALONE.COM Apr 21 2016 01:18:00      Capitol One,    P.O. Box 60599,
                City of Industry, CA 91716-0599
14314810       +EDI: CHASE.COM Apr 21 2016 01:18:00      Chase Bank USA,    P.O. Box 15298,
                Wilmington, DE 19850-5298
14314811       +EDI: VERIZONCOMB.COM Apr 21 2016 01:18:00      Verizon Wireless,    140 West Street,
                New York, NY 10007-2123
14314805       +EDI: WFFC.COM Apr 21 2016 01:18:00      Wells Fargo & Company,    420 Montgomery Street,
                San Francisco, CA 94163-0001
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2016 at the address(es) listed below:
              Fred   Hjelmeset    fhtrustee@gmail.com, CA90@ecfcbis.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                             TOTAL: 2
```

**Debtors may request to receive Court notices and orders by email instead of U.S. mail. Sign Up at www.canb.uscourts.gov**

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marta Mejia** | Social Security number or ITIN  xxx–xx–3130 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of California** | Date case filed for chapter  7   4/19/16 |
| Case number: | 16–51156 DM 7 | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marta Mejia | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8245 Chimineas Avenue<br>Reseda, CA 91335 | |
| 4. | **Debtor's attorney**<br>Name and address | Marta Mejia<br>8245 Chimineas Avenue<br>Reseda, CA 91335 | Contact phone _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Fred Hjelmeset<br>P.O.Box 4188<br>Mountain View, CA 94040 | Contact phone (650)386–5634<br>Email: fhtrustee@gmail.com |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 280 South First Street<br>Room 3035<br>San Jose, CA 95113 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br><br>Contact phone: 408–278–7500<br><br>Date: 4/20/16 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                page 1

| 7. Meeting of creditors | **May 19, 2016 at 09:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113** |
| **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors | | |

| 8. Presumption of abuse | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/18/16** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case: 16-51156   Doc# 7   Filed: 04/22/16   Entered: 04/22/16 21:32:22   Page 3 of 3